# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) )  ) |
| v. | ) ) ) Case No. 19-mj-06087-MPK |
| GREGORY ABBOTT, et al. | ) ) ) |
| Defendants. | ) ) ) |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE NAMED COURT:**

Please enter my appearance as attorney for the defendant Agustin Huneeus in the above-entitled case.

Dated: April 1, 2019

                                                Respectfully submitted,

                                                /s/ *John A. Canale*
                                                John A. Canale (BBO# 687175)
                                                HOLLAND & KNIGHT LLP
                                                10 St. James Avenue
                                                11th Floor
                                                Boston, Massachusetts 02116
                                                Email: john.canale@hklaw.com
                                                Tel: (617) 523-2700
                                                Fax: (617) 523-6850

                                                *Counsel for Agustin Huneeus*

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated:  April 1, 2019

                                            /s/ *John A. Canale*
                                            John A. Canale